# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES COHEN | ) |
| | ) Civil Action Number: |
| Plaintiff | ) 1:11-cv-00246-RLV |
| | ) FLSA Action |
| v. | ) |
| | ) Jury Trial Demanded |
| GSD, INC., formerly a Georgia | ) |
| Registered Corporation; and JOHN T. | ) |
| MCHALE, an individual, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)

COMES NOW Plaintiff Charles Cohen (hereinafter "Plaintiff") by and through his undersigned counsel, and files this notice of dismissal of this action in its entirety. This dismissal is made pursuant to FRCP 41(a)(1)(A)(i).

Respectfully submitted this 10th day of May, 2011.

    MARTIN & MARTIN, LLP
    By: /s/ Thomas F. Martin
    Thomas F. Martin
    tfmartin@martinandmartinlaw.com
    Georgia Bar No. 482595
    Kimberly N. Martin
    kmartin@martinandmartinlaw.com
    Georgia Bar No. 473410

MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085-1070
(770) 344-7267/(770) 837–2678 Fax

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES COHEN | ) |
| | ) Civil Action Number: |
| Plaintiff | ) 1:11-cv-00246-RLV |
| | ) FLSA Action |
| v. | ) |
| | ) Jury Trial Demanded |
| GSD, INC., formerly a Georgia | ) |
| Registered Corporation; and JOHN T. | ) |
| MCHALE, an individual, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that, on May 10, 2011, I served the foregoing Plaintiff's **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** upon Defendants, by causing a copy of same to be deposited into United States Mail, with adequate postage affixed thereon to:

GSD, Inc.
e/o John T. McHale
1001 Montreal Road, Suite 135
Tucker, Georgia 30084-5297

3

John T. McHale
1001 Montreal Road, Suite 135
Tucker, Georgia 30084-5297
This 10th day of May, 2011.

                              MARTIN & MARTIN, LLP

                        By:   /s/ Thomas F. Martin

                              Thomas F. Martin